McGREGOR W. SCOTT
United States Attorney
MATTHEW D. SEGAL
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:16-CR-00153-JAM |
|---|---|
| Plaintiff, | |
| v. | FINAL ORDER OF FORFEITURE |
| JAROD PERDICHIZZI, | |
| Defendant. | |

On March 16, 2017, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253(a), based upon the plea agreement entered into between the United States and defendant Jarod Perdichizzi forfeiting to the United States the following property:

    a. One HP laptop with 320 gigabyte drive, serial number 5CB2186K6R;
    b. One blue and silver one-gigabyte USB thumb drive with the words "Kaiser Permanente" written on it; and
    c. One Apple iPhone 6 cellular telephone, serial number F19NMGJP65MC.

Beginning on March 29, 2017, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

The United States sent direct written notice by certified mail to the following individual known

1
Final Order of Forfeiture

to have an alleged interest in the property:

        a.    Rina Perdichizzi: A notice letter was sent via certified mail to Rina Perdichizzi at 210 Eureka Ave, Lodi, CA 95240 on April 4, 2017. The PS Form 3811 (certified mail "green card" showing delivery of mail) was signed for by Rina Perdichizzi on April 14, 2017.

The Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253(a), including all right, title, and interest of Jarod Perdichizzi and Rina Perdichizzi whose rights to the above-listed property are hereby extinguished.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Customs and Border Protection shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED this 30th day of January, 2018.

           /s/ John A. Mendez_____
           JOHN A. MENDEZ
           United States District Court Judge