UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Respondent, v. JAROD PERDICHIZZI, Movant. | No. 2:16-cr-153-JAM-EFB P  ORDER |

Movant has filed a pro se motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. ECF No. 58. However, it appears that he was represented by counsel at the time of that filing and that the motion should be stricken.

The docket indicates that he is currently represented by counsel. On April 19, 2018, movant's previous counsel – Michael Petrik – moved to withdraw, ECF No. 55, and Mr. Petrik's representation was terminated on April 27, 2018. ECF No. 56. On that date, Krista Hart was appointed as attorney of record. *Id.* Months later – on December 3, 2018 – movant filed his pro se § 2255 motion challenging the imposition of a $5000 assessment and arguing that trial counsel was ineffective in failing to raise a similar challenge at sentencing. ECF No. 58.

Hybrid representation has not been authorized in this case. Absent such authorization, all filings must be made by movant's attorney of record. Accordingly, within seven days of the date of service of this order, movant's counsel shall show cause in writing why the current motion

1

should not be stricken. Additionally, if movant's counsel agrees that the current motion is not authorized, she shall indicate whether she intends to file a section 2255 motion on movant's behalf in the near future.

So Ordered.

DATED: February 8, 2019.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE