PHILLIP A. TALBERT
United States Attorney
CHRISTINA McCALL
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JAROD PERDICHIZZI, <br><br> Defendant. | CASE NO. 2-16-CR-00153-JAM <br><br> **ORDER CORRECTING CLERICAL ERROR IN JUDGMENT** |

Pursuant to Federal Rule of Criminal Procedure 36, the Court hereby **GRANTS** the government's unopposed motion to correct a clerical error in the Judgment of this case. An Amended Judgment will issue, with the box checked on page 3, requiring the defendant to register as a sex offender as a condition of Supervised Release.

Dated: March 6, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE